JOHN FARLEY et al., Respondents, *v.* THE CITY OF AMSTERDAM, Appellant.

(Argued October 24, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 8, 1893, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*Edward J. Maxwell* for appellant.

*Z. S. Westbrook* for respondents.

Agree to affirm on authority of *Folmsbee* v. *City of Amsterdam* (142 N. Y. 118); no opinion.
All concur.
Judgment affirmed.

FREDERICK G. ERNST, Respondent, *v.* THE BROWN HOISTING AND CONVEYING MACHINE COMPANY, Appellant.

(Argued October 24, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made July 14, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Adolph Rebadow* for appellant.

*George W. Cothran* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.